

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2013

No. 04-13-00293-CV

**IN THE INTEREST OF N.J.D. A CHILD,**

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. FL-11-356
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's Motion for Release of Medical Records is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2013.

_____
Keith E. Hottle
Clerk of Court